UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MADAIN,<br><br>                    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.<br><br>                **Defendants.** | Case No. 2:20-CV-00038-JAK-AS<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 25)** |

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice as to all claims, causes of action, and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:    April 8, 2021

_____
John A. Kronstadt
United States District Judge